

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00223-CV

**Kelly Gavin**

**v.**

**Pamela S. Froeschner and Robert S. Evans**

NO. 13-CV-0240 IN THE 56TH DISTRICT COURT OF GALVESTON COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 08/17/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 08/01/2015 | E-PAID | APE |
| MT FEE | $10.00 | 07/31/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 07/13/2015 | E-PAID | APE |
| MT FEE | $10.00 | 05/14/2015 | E-PAID | ANT |
| CLK RECORD | $124.00 | 04/02/2015 | PAID | ANT |
| FILING | $175.00 | 03/11/2015 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 03/11/2015 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $369.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my

hand and the seal of the Court of Appeals for the First District of Texas, this April 22, 2016.



**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**